### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **MARY WESLEY,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )  **CIVIL ACTION NO.** |
| | )  **7:15-cv-1228-RDP-JEO** |
| | ) |
| **A. WASHINGTON ADDUCI, WARDEN,**) | |
| | ) |
| **Respondent.** | ) |

### MEMORANDUM OPINION

Petitioner Mary Wesley, a federal prisoner acting *pro se*, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. 1) The Magistrate Judge to whom the case was referred for preliminary review has filed a Report and Recommendation pursuant to 28 U.S.C. § 636(b).  (Doc. 5). Therein the Magistrate Judge recommended that the action be dismissed without prejudice for lack of jurisdiction because Petitioner cannot satisfy the requirements of the savings clause of 28 U.S.C. § 2255(e).  (*Id.*).  Petitioner was advised that she might file objections to the Report and Recommendation, but no objections have been filed, and the time in which to do so has now expired.

Having carefully reviewed and considered de novo all the materials in the court file, including the Magistrate Judge's Report and Recommendation, the court is of the

opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED**

and his recommendation is **ACCEPTED**.  Accordingly, the petition for a writ of

habeas corpus is due to be dismissed without prejudice for want of jurisdiction.  A

separate Final Order will be entered.

     **DONE** and **ORDERED** this _____18th_____ day of December, 2015.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE